THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, LLC, a Washington limited liability company; and DOES 1-20,<br><br>Defendants. | No. 2:24-CV-00425-BJR<br><br>**JOINT STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND** |

## I.  STIPULATION

1. Plaintiff Jeffrey Hill filed a Class Action Complaint for Damages, Injunctive Relief, and Declaratory Relief ("Complaint") on March 7, 2024, in Washington State Superior Court for King County.

2. Plaintiff served a copy of the Complaint on Les Schwab Tire Centers of Washington, LLC ("Defendant") on March 8, 2024.

3. Defendant removed this matter to this Court on March 28, 2024, and filed a Motion to Dismiss, or in the Alternative Strike the Class Allegations on April 4, 2024. Dkt. ##1, 10.

4. On April 8, 2024, this case was reassigned to this Court. *See generally* Dkt. On April 9, 2024, the Court entered a Minute Order striking Defendant's Motion to Dismiss, which

JOINT MOTION AND ORDER EXTENDING
TIME TO RESPOND – 1 (2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167206039.1

was filed prior to reassignment of the case and issuance of the Court's standing order, with leave to refile pursuant to the standing order. Dkt. #16.

5. On April 19, 2024, Defendant refiled its Motion to Dismiss, or in the Alternative Strike the Class Allegations. Dkt. #17.

6. On April 29, 2024, Plaintiff filed a Motion to Remand. Dkt. #20

7. Pursuant to the Court's Standing Order, the parties have the following motion deadlines:

    a. <u>Defendant's Motion to Dismiss</u>
        i. Plaintiff's Opposition – May 10, 2024
        ii. Defendant's Reply – May 24, 2024

    b. <u>Plaintiff's Motion to Remand</u>
        i. Defendant's Opposition – May 20, 2024
        ii. Plaintiff's Reply – June 3, 2024

8. The parties conferred by email on April 30, 2024, and May 1, 2024, and agreed to stipulate and ask the Court for an order setting a joint briefing schedule of the pending motions, as requested below.

9. Good cause supports this joint motion. Plaintiff and Defendant agree that a joint briefing schedule conserves the resources of the parties and places both issues before the Court on the same timeframe.

10. The parties, therefore, request that the Court enter an order setting a briefing schedule as follows:

    a. <u>Defendant's Motion to Dismiss</u>
        i. Plaintiff's Opposition – June 3, 2024
        ii. Defendant's Reply – June 17, 2024

    b. <u>Plaintiff's Motion to Remand</u>
        i. Defendant's Opposition – June 3, 2024

JOINT MOTION AND ORDER EXTENDING
TIME TO RESPOND – 2  (2:24-CV-00425-BJR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167206039.1

    ii. Plaintiff's Reply – June 17, 2024

11. No other dates or deadlines would be altered by this proposed extension of time.

12. The Parties do not anticipate moving for further extensions of the aforementioned deadlines.

RESPECTFULLY SUBMITTED this 3rd day of May 2024.

| EMERY | REDDY, PLLC | PERKINS COIE LLP |
|---|---|

By: *s/ Timothy W. Emery*
 Timothy W. Emery, WSBA No. 34078
 Patrick B. Reddy, WSBA No. 34092
 Paul Cipriani, WSBA No. 59991
 600 Stewart Street, Suite 1100
 Seattle, WA 98101
 Telephone: +1.206.442.9106
 Facsimile: +1.206.359.9000
 emeryt@emeryreddy.com
 reddyp@emeryreddy.com
 paul@emeryreddy.com

**Attorneys for Plaintiff Jeffrey Hill**

By: *s/Emily A. Bushaw*
 Charles N. Eberhardt, Bar No. 18019
 Emily A. Bushaw, Bar No. 41693
 Kyle D. Nelson, Bar No. 49981
 1201 Third Avenue, Suite 4900
 Seattle, Washington 98101-3099
 Telephone: +1.206.359.8000
 Facsimile: +1.206.359.9000
 CEberhardt@perkinscoie.com
 EBushaw@perkinscoie.com
 KyleNelson@perkinscoie.com

**Attorneys for Les Schwab**

JOINT MOTION AND ORDER EXTENDING
TIME TO RESPOND – 3 (2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167206039.1

## II. ORDER

Based on the foregoing stipulation, IT IS ORDERED that the motion deadlines are amended as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Response to Defendant's Motion to Dismiss, Dkt. #17 | May 10, 2024 | June 3, 2024 |
| Reply in Support of Defendant's Motion to Dismiss, Dkt. #17 | May 24, 2024 | June 17, 2024 |
| Response to Plaintiff's Motion to Remand, Dkt. #20 | May 20, 2024 | June 3, 2024 |
| Reply in Support of Defendants' Motion to Remand, Dkt. #20 | June 3, 2024 | June 17, 2024 |

DATED this 6th day of May 2024.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

JOINT MOTION AND ORDER EXTENDING TIME TO RESPOND – 4 (2:24-CV-00425-BJR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167206039.1

*Presented by:*
**PERKINS COIE LLP**

By: *s/ Emily A. Bushaw*
    Charles N. Eberhardt, Bar No. 18019
    Emily A. Bushaw, Bar No. 41693
    Kyle D. Nelson, Bar No. 49981
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    CEberhardt@perkinscoie.com
    EBushaw@perkinscoie.com
    KyleNelson@perkinscoie.com

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
    Timothy W. Emery, WSBA No. 34078
    Patrick B. Reddy, WSBA No. 34092
    Paul Cipriani, WSBA No. 59991
    600 Stewart Street, Suite 1100
    Seattle, WA 98101
    Telephone: +1.206.442.9106
    Facsimile: +1.206.359.9000
    emeryt@emeryreddy.com
    reddyp@emeryreddy.com
    paul@emeryreddy.com

JOINT MOTION AND ORDER EXTENDING
TIME TO RESPOND – 5 (2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167206039.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 3, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: May 3, 2024

s/ *Kyle D. Nelson*
Kyle D. Nelson

CERTIFICATE OF SERVICE
(2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167206039.1