THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LES SCHWAB TIRE CENTERS OF WASHINGTON, LLC, a Washington limited liability company; and DOES 1-20,<br><br>Defendants. | No. 2:24-CV-00425-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY COURT DEADLINES** |

The Court reviewed the Parties' Stipulated Motion to Stay Court Deadlines, and being fully advised in the premises, approves the Stipulated Motion to Stay Deadlines for thirty (30) days, including staying the following deadlines for thirty (30) days: deadline to exchange initial disclosures, due on May 20, 2024; deadline to file Joint Status Report, due on May 28, 2024; Plaintiff's Response to Defendant's Motion to Dismiss, due on June 3, 2024; Defendant's Reply to its Motion to Dismiss, due on June 17, 2024; Defendant's Response to Plaintiff's Motion to Remand, due on June 3, 2024; Plaintiff's Reply to his Motion to Remand, due on June 17, 2024.

ORDER GRANTING MOT. TO STAY – 1 (NO. 2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167395605.1

1   DATED this 20th day of May 2024.

*[signature: Barbara J. Rothstein]*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

**Presented by**:

By:   *s/ Emily A. Bushaw*
Charles N. Eberhardt, WSBA #18019
CEberhardt@perkinscoie.com
Emily A. Bushaw, WSBA #41693
EBushaw@perkinscoie.com
Kyle D. Nelson, WSBA #49981
KyleNelson@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

**Attorneys for Defendant**

ORDER GRANTING MOT. TO STAY – 2 (NO. 2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167395605.1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 17, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: May 17, 2024

s/ *Kyle D. Nelson*
Kyle D. Nelson, WSBA #49981
KyleNelson@perkinscoie.com

CERTIFICATE OF SERVICE
(No. 2:24-CV-00425-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

144089.0007\167395605.1