The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JEFFREY HILL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LES SCHWAB TIRE CENTERS OF WASHINGTON, LLC, a Washington limited liability company; and DOES 1-20,

Defendants.

No. 2:24-cv-00425-BJR

**STIPULATED MOTION TO STAY CASE DEADLINES**

Plaintiff Jeffrey Hill ("Plaintiff") and Defendant Les Schwab Tire Centers of Washington, LLC ("Defendant") respectfully request that the Court extend the briefing deadlines on the parties' respective motions, which are Defendant's Motion to Dismiss, Dkt. #17, and Plaintiff's Motion to Remand, Dkt. #20.

Plaintiff and Defendant, therefore, stipulate and agree to extend the following deadlines by 30 days:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss** | July 3, 2024 | August 2, 2024 |

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

| **Defendant's Reply to its Motion to Dismiss** | July 17, 2024 | August 16, 2024 |
|---|---|---|
| **Defendant's Response to Plaintiff's Motion to Remand** | July 3, 2024 | August 2, 2024 |
| **Plaintiff's Reply to his Motion to Remand** | July 17, 2024 | August 16, 2024 |

These extensions will not affect any other deadlines in this case. The parties agree that this stipulation and order is not an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

*IT IS SO STIPULATED AND REQUESTED.*

Dated this 27th day of June, 2024.

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
*Attorneys for Plaintiff*

**PERKINS COIE LLP**

By: *s/ Kyle D. Nelson*
Charles N. Eberhardt, WSBA No. 18019
Emily A. Bushaw, WSBA No. 41693
Kyle D. Nelson, WSBA No. 49981
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Email: CEberhardt@perkinscoie.com
EBushaw@perkinscoie.com
KyleNelson@perkinscoie.com
*Attorneys for Defendant*

**ORDER**

IT IS HEREBY ORDERED that the following case deadlines are amended as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss** | July 3, 2024 | August 2, 2024 |
| **Defendant's Reply to its Motion to Dismiss** | July 17, 2024 | August 16, 2024 |
| **Defendant's Response to Plaintiff's Motion to Remand** | July 3, 2024 | August 2, 2024 |
| **Plaintiff's Reply to his Motion to Remand** | July 17, 2024 | August 16, 2024 |

DATED: July 1, 2024.

Barbara J Rothstein

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO STAY CASE DEADLINES - 3

No. 2:24-cv-00425-JCC

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

**PERKINS COIE LLP**

By: *s/ Kyle D. Nelson*
Charles N. Eberhardt, WSBA No. 18019
Emily A. Bushaw, WSBA No. 41693
Kyle D. Nelson, WSBA No. 49981
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Email: CEberhardt@perkinscoie.com
EBushaw@perkinscoie.com
KyleNelson@perkinscoie.com
*Attorneys for Defendant*

STIPULATED MOTION TO STAY CASE DEADLINES - 4

No. 2:24-cv-00425-JCC

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711